Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Dennis O'Brien, et al.,

    Plaintiff(s),

 v.

AstraZeneca LP, et al.,

    Defendant(s).

Case No: 4:10-cv-289

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

 I, David J. Dickens, an active member in good standing of the bar of Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Julie B. Isen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 108 Railroad Avenue<br>Orange, VA 22960 | 25195 Calle Busca<br>Lake Forest, CA 92630 |
| MY TELEPHONE # OF RECORD:<br>(540) 672-4224 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(949) 689-7373 |
| MY EMAIL ADDRESS OF RECORD:<br>ddickens@millerfirmllc.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jbisen@millerfirmllc.com |

 I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 72891.

 A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

 I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

 *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/02/12

               David J. Dickens
               APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

 IT IS HEREBY ORDERED THAT the application of David J. Dickens is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/5/2012

               UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                *October 2012*