IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNIS O'BRIEN, et al.,

    Plaintiffs,

  v.

ASTRAZENECA, LP, et al.,

    Defendants.
_____/

No. C 10-0289 CW

ORDER DIRECTING PLAINTIFF'S COUNSEL TO FILE A FURTHER STATUS REPORT

    Counsel for Plaintiff Eric Negray has filed a status reporting representing that Mr. Negray has decided to participate in the Master Settlement Agreement.  Counsel states that Mr. Negray has mailed an executed release to the Settlement Administrator and that, as soon as they receive confirmation that the release has been accepted, counsel will file a stipulation to dismiss Mr. Negray's claims against all Defendants in this action.

    If no such stipulation of dismissal has been filed within twenty-eight days of the date of this Order, counsel shall file a further status report by that date.

    IT IS SO ORDERED.

Dated: April 11, 2013

CLAUDIA WILKEN
United States District Judge